Clifford Hodges, by Alfred Hodges, Appellee, v. Charles A. Coey, trading as Charles A. Coey School of Motoring, Appellant.

Gen. No. 22,891.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. SAMUEL H. TRUDE, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed April 30, 1917.

### Statement of the Case.

Action by Clifford Hodges, a minor, by Alfred Hodges, his next friend, plaintiff, against Charles A. Coey, trading as Charles A. Coey School of Motoring, defendant, to recover damages for personal injuries due to a collision between defendant's automobile and plaintiff's bicycle. From a judgment for plaintiff for five hundred dollars, defendant appeals.

BENJAMIN LEVERING, for appellant.

ELLIS & WESTBROOKS, for appellee.

MR. PRESIDING JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

1. AUTOMOBILES AND GARAGES, § 3*—*when evidence is sufficient to show that driver of automobile was guilty of negligence and bicycle rider not guilty of contributory negligence.* In an action to recover for personal injuries sustained by a minor as the result of being struck by the defendant's automobile, where such minor was riding a bicycle at a street intersection about three freet from the curb, and the automobile as it came into the cross street cut diagonally across at the rate of about fifteen miles an hour and struck plaintiff at a point about three feet from the corner and carried him about five feet around the corner, *held* that the finding of the jury that the

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

plaintiff exercised ordinary care and that defendant was negligent was fully justified from the evidence.

2. MUNICIPAL COURT OF CHICAGO, § 13*—*what are essentials of pleading in action of fourth class in tort*. In an action of the fourth class in the Municipal Court for personal injuries, the plaintiff is only required to file a brief statement giving the nature of the tort, and such further information as will reasonably inform the defendant of the nature of the case.